AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Lenward Smith

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV410-274

Profit Services Group, LLC and David Freitag

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That in accordance with this Court's Order dated July 22, 2011, this case is dismissed without prejudice. This action stands closed.



July 22, 2011  
Date

Scott L. Poff  
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03