IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| LENWARD SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) FILE NO. 4:10-cv-00274-WTM -GRS |
| | ) NOTICE OF SETTLEMENT |
| PROFIT SERVICES GROUP, LLC AND | ) |
| DAVID FREITAG, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Southern District of Georgia, Plaintiff's Notice of Settlement with all claims pending having been settled. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

**RESPECTFULLY SUBMITTED** this 22nd day of September, 2011.

s/ Dennis R. Kurz
Dennis R. Kurz
Georgia Bar No. 430489
WEISBERG & MEYERS, LLC
5025 N. Central Ave. #602
Phoenix, AZ 85012
(888) 595-9111 ext. 412
(866) 842-3303 (fax)
dkurz@attorneysforconsumers.com
Attorneys For Plaintiff, Lenward Smith

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| LENWARD SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | FILE NO. 4:10-cv-00274-WTM -GRS |
| ) | |
| PROFIT SERVICES GROUP, LLC AND ) | |
| DAVID FREITAG ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 22nd, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of District Court, Southern District of Georgia using the CM/ECF system. Copy of the foregoing was mailed to:

Mr. John Bedard
Bedard Law Group
2810 Peachtree Industrial Blvd
Suite D
Duluth GA 30097

WEISBERG & MEYERS, LLC

s/ Dennis R. Kurz
Dennis R. Kurz
Georgia Bar No. 430489
WEISBERG & MEYERS, LLC
dkurz@attorneysforconsumers.com