IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| LENWARD SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) FILE NO. 4:10-cv-00274-WTM -GRS |
| | ) NOTICE OF DISMISSAL |
| PROFIT SERVICES GROUP, LLC AND | ) |
| DAVID FREITAG. | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Southern District of Georgia Plaintiff's Notice of Voluntary Dismissal of Case With Prejudice.

**RESPECTFULLY SUBMITTED** this 28th day of November, 2011.

    s/ Dennis R. Kurz
    Dennis R. Kurz
    Georgia Bar No. 430489
    WEISBERG & MEYERS, LLC
    5025 N. Central Ave. #602
    Phoenix, AZ 85012
    (888) 595-9111 ext. 412
    (866) 842-3303 (fax)
    dkurz@attorneysforconsumers.com
    Attorneys For Plaintiff, Lenward Smith

Notice Filed electronically on this 28th day of November, 2011, with:

United States District Court CM/ECF system

s/Dana Patch
Dana Patch